EXHIBIT

B

ancialServices™

Macon GA 31208-8115

| | | | | 80071980 |
|---|---|---|---|---|
| | | | | 08/06/2009 |
| | | | | 08/25/2009 |

Late charges will be assessed if payment is not received by the due date.

2A  JM  B I T  L I O  KENNETH F HACKETT & ASSOCIATES
KENNETH F HACKETT & ASSOCIATES
7901 SW 6TH CT STE 310
PLANTATION  FL 33324-3283

1109543-2337731

billing inquiries, please call Customer Service at number printed below. Please refer to account number on all inquiries.

PLEASE CALL 1-800-262-1022 FOR ACCOUNT INQUIRIES OR FAX TO 1-478-405-4026

| | |
|---|---|
| RENT | 454.85 |
| MIN. IMAGES: 15,000 | |
| STATE TAX | 27.29 |
| IR6020I JCQ00386 | |
| | $482.14 |

CURRENT BILLING PERIOD: 07/25/2009 - 08/24/2009

FOR QUICKER PAYMENT PROCESSING YOU MAY PREFER ONE OF OUR
ELECTRONIC PAYMENT OPTIONS:
1) AUTOMATED CLEARING HOUSE
2) ELECTRONIC FUNDS TRANSFER
3) CHECK BY PHONE - PLEASE CALL THE NUMBER LISTED ABOVE.

FOR ASSISTANCE IN LOCATING AND REPORTING METERS OR
ORDERING SERVICE AND SUPPLIES, CALL 1-888-456-6457 OR
GO TO WWW.IKON.COM AND CLICK ON THE CUSTOMER SUPPORT LINK
AT THE TOP OF THE PAGE.

RECEIVED
AUG 14 2009
BY:

| | | | THANK YOU FOR YOUR PROMPT PAYMENT | AMOUNT DUE |
|---|---|---|---|---|
| 482.14 | 0.00 | 0.00 | 0.00 | $482.14 |

RETAIN THIS INVOICE PORTION FOR YOUR RECORDS

131107.20090806REO.0042B

FORM IOIN01 REV 02266201

| | | |
|---|---|---|
| | | 09/25/2009 |
| | | 09/04/2009 |
| | | 80276996 |
| AMOUNT DUE | | $506.24 |

ACCOUNT NUMBER 1109543-2337731

PLEASE REFER TO ACCOUNT NUMBER ON ALL INQUIRIES
PLEASE DO NOT STAPLE OR FOLD THIS PORTION

Your comments are important to us! Please use space provided on the reverse side.

2A    JM

☐ Address correction requested. (Please complete reverse side.)

B²⁹⁴¹
I T
L O
L

KENNETH F HACKETT & ASSOCIATES
KENNETH F HACKETT & ASSOCIATES
7901 SW 6TH CT STE 310
PLANTATION FL 33324-3283

R
E T
M O
I
T

IKON FINANCIAL SERVICES
PO BOX 740540
ATLANTA GA 30374-0540

01    0000000011095437    0000802769965    0000000000506246

---

**IKON** Financial**Services**
PO BOX 9115, Macon GA 31208-9115

Late charges will be assessed if payment is not received by the due date.

| | |
|---|---|
| | 80276996 |
| | 09/04/2009 |
| | 09/25/2009 |

ACCOUNT NUMBER: 1109543-2337731    2A    JM

For billing inquiries, please call Customer Service at number printed below. Please refer to account number on all inquiries.

B
I T
L O
L

KENNETH F HACKETT & ASSOCIATES
KENNETH F HACKETT & ASSOCIATES
7901 SW 6TH CT STE 310
PLANTATION    FL 33324-3283

PLEASE CALL 1-800-262-1022 FOR ACCOUNT INQUIRIES OR FAX TO 1-478-405-4026

---

| | CURRENT CHARGES | TOTALS |
|---|---|---|
| RENT<br>MIN. IMAGES: 15,000 | 477.59 | **454.85** |
| MODEL : IR6020I    SERIAL: JCQ00386<br>METER FROM: 05/21/2009 TO : 08/24/2009<br>METER BEG.: 87,112 END : 119,901 | | |
| STATE TAX | **27.29**<br>28.65 | $506.24 |
| IR6020I JCQ00386 | | **482.14** |
| CURRENT BILLING PERIOD: 08/25/2009 - 09/24/2009 | | |
| FOR QUICKER PAYMENT PROCESSING YOU MAY PREFER ONE OF OUR<br>ELECTRONIC PAYMENT OPTIONS:<br>1) AUTOMATED CLEARING HOUSE<br>2) ELECTRONIC FUNDS TRANSFER<br>3) CHECK BY PHONE - PLEASE CALL THE NUMBER LISTED ABOVE. | | |
| FOR ASSISTANCE IN LOCATING AND REPORTING METERS OR<br>ORDERING SERVICE AND SUPPLIES, CALL 1-888-456-6457 OR<br>GO TO WWW.IKON.COM AND CLICK ON THE CUSTOMER SUPPORT LINK<br>AT THE TOP OF THE PAGE. | | |

| | | | | THANK YOU FOR YOUR PROMPT PAYMENT | AMOUNT DUE |
|---|---|---|---|---|---|
| 506.24 | 0.00 | 0.00 | 0.00 | | $506.24 |

RETAIN THIS INVOICE PORTION FOR YOUR RECORDS

1311097.2009090416103.02941

FORM IOIN01 REV 02/26/01