EXHIBIT B

Financial Services
, Macon GA 31208-9115

Late charges will be assessed if payment is not received by the due date.

| | |
|---|---|
| | 80071980 |
| | 08/06/2009 |
| | 08/25/2009 |

1109543-2337731 2A JM

r billing inquiries, please call Customer Service at number printed below. Please refer to account number on all inquiries.

BILL TO
KENNETH F HACKETT & ASSOCIATES
KENNETH F HACKETT & ASSOCIATES
7901 SW 6TH CT STE 310
PLANTATION FL 33324-3283

PLEASE CALL 1-800-262-1022 FOR ACCOUNT INQUIRIES OR FAX TO 1-478-405-4026

| | | |
|---|---|---|
| RENT<br>MIN. IMAGES: 15,000 | 454.85 | |
| STATE TAX | 27.29 | $482.14 |

IR6020I JCQ00386

CURRENT BILLING PERIOD: 07/25/2009 - 08/24/2009

FOR QUICKER PAYMENT PROCESSING YOU MAY PREFER ONE OF OUR ELECTRONIC PAYMENT OPTIONS:
1) AUTOMATED CLEARING HOUSE
2) ELECTRONIC FUNDS TRANSFER
3) CHECK BY PHONE - PLEASE CALL THE NUMBER LISTED ABOVE.

FOR ASSISTANCE IN LOCATING AND REPORTING METERS OR ORDERING SERVICE AND SUPPLIES, CALL 1-888-456-6457 OR GO TO WWW.IKON.COM AND CLICK ON THE CUSTOMER SUPPORT LINK AT THE TOP OF THE PAGE.

RECEIVED
AUG 14 2009
BY:

| | | | | | THANK YOU FOR YOUR PROMPT PAYMENT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 482.14 | 0.00 | 0.00 | 0.00 | | | $482.14 |

RETAIN THIS INVOICE PORTION FOR YOUR RECORDS

1311097.20090806400803.00429

FORM 10IN01 REV 02/26/01

**PLEASE RETURN THIS REMITTANCE PORTION WITH YOUR PAYMENT**

ACCOUNT NUMBER: 1109543-2337731

PLEASE REFER TO ACCOUNT NUMBER ON ALL INQUIRIES
PLEASE DO NOT STAPLE OR FOLD THIS PORTION

Your comments are important to us! Please use space provided on the reverse side.

☐ Address correction requested. (Please complete reverse side.)

2A    JM

09/25/2009
09/04/2009
80276996
AMOUNT DUE $506.24

B 2941
BILL TO:
KENNETH F HACKETT & ASSOCIATES
KENNETH F HACKETT & ASSOCIATES
7901 SW 6TH CT STE 310
PLANTATION FL 33324-3283

REMIT TO:
IKON FINANCIAL SERVICES
PO BOX 740540
ATLANTA GA 30374-0540

01    0000000011095437    0000802769965    0000000000506246

---

**IKON FinancialServices**
PO BOX 9115, Macon GA 31208-9115

Late charges will be assessed if payment is not received by the due date.

80276996
09/04/2009
09/25/2009

ACCOUNT NUMBER: 1109543-2337731    2A    JM

For billing inquiries, please call Customer Service at number printed below. Please refer to account number on all inquiries.

BILL TO:
KENNETH F HACKETT & ASSOCIATES
KENNETH F HACKETT & ASSOCIATES
7901 SW 6TH CT STE 310
PLANTATION    FL 33324-3283

PLEASE CALL 1-800-262-1022 FOR ACCOUNT INQUIRIES OR FAX TO 1-478-405-4026

| | | |
|---|---|---|
| RENT<br>MIN. IMAGES:    15,000 | 477.59 | 454.85 |
| MODEL    : IR6020I    SERIAL: JCQ00386<br>METER    FROM: 05/21/2009 TO    : 08/24/2009<br>METER    BEG.:    87,112 END    :    119,901 | | |
| STATE TAX | 27.29<br>28.65 | $506.24 |
| IR6020I JCQ00386 | | 482.14 |

CURRENT BILLING PERIOD: 08/25/2009 - 09/24/2009

FOR QUICKER PAYMENT PROCESSING YOU MAY PREFER ONE OF OUR ELECTRONIC PAYMENT OPTIONS:
1) AUTOMATED CLEARING HOUSE
2) ELECTRONIC FUNDS TRANSFER
3) CHECK BY PHONE - PLEASE CALL THE NUMBER LISTED ABOVE.

FOR ASSISTANCE IN LOCATING AND REPORTING METERS OR ORDERING SERVICE AND SUPPLIES, CALL 1-888-456-6457 OR GO TO WWW.IKON.COM AND CLICK ON THE CUSTOMER SUPPORT LINK AT THE TOP OF THE PAGE.

| | | | | THANK YOU FOR YOUR PROMPT PAYMENT | AMOUNT DUE |
|---|---|---|---|---|---|
| 506.24 | 0.00 | 0.00 | 0.00 | | $506.24 |

RETAIN THIS INVOICE PORTION FOR YOUR RECORDS